Stanwix Parking, Inc., Appellant *v.* City of Pittsburgh et al., Appellees.

Argued May 4, 1982, before President Judge CRUMLISH, JR., and Judges ROGERS, BLATT, CRAIG and MACPHAIL.

*Alan R. Malasky, Arent, Fox, Kintner, Plotkin &
Kahn,* with him *Maurice A. Nernberg, Jr., Nernberg
& Laffey,* for appellant.

*Grace S. Harris,* Assistant City Solicitor, with her
*Mead J. Mulvihill, Jr.,* City Solicitor, for appellees.

PER CURIAM OPINION July 27, 1982:

Stanwix Parking, Inc. has appealed the order of
Judge MARION FINKLEHOR of the Court of Common
Pleas of Allegheny County which sustained the City of
Pittsburgh's preliminary objections and dismissed Stan-
wix's complaint attacking Pittsburgh's twenty percent
parking tax, imposed upon consideration received for
transactions at nonresidential parking facilities.

After comprehensively reviewing the record and the
parties' briefs on appeal, we affirm.

PER CURIAM ORDER

Now, July 27, 1982, the order of the Court of
Common Pleas of Allegheny County dated December
11, 1980 is affirmed.